JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MORRISON,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF ONTARIO; ONTARIO POLICE DEPARTMENT; OFFICER MICHAEL CALDERA; CORPORAL THOMAS ODELL; OFFICER JOE ESTRADA; OFFICER JOSEPH GIALLO; OFFICER MICHAEL GONZALEZ; CORPORAL WILLIAM RUSSELL; DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 12-00012 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 4, 2013

                                          *Virginia A. Phillips*
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge